Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

April 9, 2025

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR25-5080 BHS |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | |
| ZACHARY ROSENTHAL, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

**(Conspiracy to Destroy Energy Facilities)**

Between on or about June 1, 2022, and on or about December 31, 2022, at Pierce County, within the Western District of Washington, and elsewhere, ZACHARY ROSENTHAL, and others known and unknown, did knowingly and willfully conspire to damage the property of an energy facility in any amount, and to cause a significant interruption and impairment of a function of an energy facility, namely, the energy facilities known as the Toledo Substation, the Woodland 1 Substation, the Woodland 2 Substation, the Puyallup Substation, the Tumwater Substation, and the Oakville Substation.

All in violation of Title 18, United States Code, Section 1366(a).

Indictment - 1
*United States v. Zachary Rosenthal*
USAO No. 2024R00371

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Destruction of an Energy Facility)

On or about August 5, 2022, at Lewis County, within the Western District of Washington, ZACHARY ROSENTHAL did knowingly damage, and attempt to damage, the property of an energy facility in any amount, and did cause, and attempt to cause, a significant interruption and impairment of a function of an energy facility, namely, the energy facility known as the Toledo Substation.

The grand jury further alleges that this offense was committed during and in furtherance of the conspiracy alleged in Count 1, above.

All in violation of Title 18, United States Code, Sections 1366(a) and 2.

## COUNT 3

### (Destruction of an Energy Facility)

On or about November 17, 2022, at Cowlitz County, within the Western District of Washington, ZACHARY ROSENTHAL did knowingly damage, and attempt to damage, the property of an energy facility in any amount, and did cause, and attempt to cause, a significant interruption and impairment of a function of an energy facility, namely, the energy facility known as the Woodland 1 Substation.

The grand jury further alleges that this offense was committed during and in furtherance of the conspiracy alleged in Count 1, above.

All in violation of Title 18, United States Code, Sections 1366(a) and 2.

//
//

Indictment - 2
United States v. Zachary Rosenthal
USAO No. 2024R00371

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 4

**(Destruction of an Energy Facility)**

On or about November 18, 2022, at Cowlitz County, within the Western District of Washington, ZACHARY ROSENTHAL did knowingly damage, and attempt to damage, the property of an energy facility in any amount, and did cause, and attempt to cause, a significant interruption and impairment of a function of an energy facility, namely, the energy facility known as the Woodland 2 Substation.

The grand jury further alleges that this offense was committed during and in furtherance of the conspiracy alleged in Count 1, above.

All in violation of Title 18, United States Code, Sections 1366(a) and 2.

## COUNT 5

**(Destruction of an Energy Facility)**

On or about November 20, 2022, at Pierce County, within the Western District of Washington, ZACHARY ROSENTHAL did knowingly damage, and attempt to damage, the property of an energy facility in any amount, and did cause, and attempt to cause, a significant interruption and impairment of a function of an energy facility, namely, the energy facility known as the Puyallup Substation.

The grand jury further alleges that this offense was committed during and in furtherance of the conspiracy alleged in Count 1, above.

All in violation of Title 18, United States Code, Sections 1366(a) and 2.

## COUNT 6

**(Destruction of an Energy Facility)**

On or about November 22, 2022, at Thurston County, within the Western District of Washington, ZACHARY ROSENTHAL did knowingly damage, and attempt to damage, the property of an energy facility in any amount, and did cause, and attempt to

Indictment - 3
United States v. Zachary Rosenthal
USAO No. 2024R00371

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

cause, a significant interruption and impairment of a function of an energy facility, namely, the energy facility known as the Tumwater Substation.

The grand jury further alleges that this offense was committed during and in furtherance of the conspiracy alleged in Count 1, above.

All in violation of Title 18, United States Code, Sections 1366(a) and 2.

## COUNT 7

### (Attempted Destruction of an Energy Facility)

On or about December 5, 2022, at Grays Harbor County, within the Western District of Washington, ZACHARY ROSENTHAL did knowingly attempt to damage the property of an energy facility in any amount, and did attempt to cause a significant interruption and impairment of a function of an energy facility, namely, the energy facility known as the Oakville Substation.

The grand jury further alleges that this offense was committed during and in furtherance of the conspiracy alleged in Count 1, above.

All in violation of Title 18, United States Code, Sections 1366(a) and 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 7 above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1 through 7, ZACHARY ROSENTHAL shall forfeit to the United States any property, real or personal, constituting, or derived from, proceeds traceable to the offense. All such property is forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), and includes but is not limited to a sum of money reflecting the proceeds the Defendant obtained as result of the offense.

Indictment - 4
*United States v. Zachary Rosenthal*
USAO No. 2024R00371

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

//
//

Indictment - 5
*United States v. Zachary Rosenthal*
USAO No. 2024R00371

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States to seek the forfeiture of any other property of the
2  defendant, up to the value of the above-described forfeitable property, pursuant to
3  Title 21, United States Code, Section 853(p).

A TRUE BILL: Yes
DATED: 4/9/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

Indictment - 6
*United States v. Zachary Rosenthal*
USAO No. 2024R00371

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970